Order entered January 2, 2019



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00955-CV

**ELYAHOU LAVIZADEH AND PARVANEH LAVIZADEH, TRUSTEES OF THE ELYAHOU AND PARVANEH LAVIZADEH TRUST 2004, Appellants**

**V.**

**ALI A. MOGHADAM, Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-06627**

## ORDER

We **REINSTATE** this appeal which we abated to allow the trial court an opportunity to make findings of fact and conclusions of law. The trial court has made findings and conclusions, and a supplemental clerk's record containing those findings and conclusions has been filed.

At the time the appeal was abated, appellants had filed their brief. To the extent appellants may wish to amend their brief, we **ORDER** any amended brief be filed no later than January 22, 2019. Appellee shall file his brief no later than February 21, 2019.

/s/     ADA BROWN
        JUSTICE